Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ARAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGITALPRINTS USA CORP., *et al.*, <br><br> Defendants. | Case No.: 2:22-cv-01039-GW-JPR <br> <u>Hon. George H. Wu Presiding</u> <br><br> **NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that a settlement to resolve all claims at issue in this action has been reached.

Plaintiff anticipates the filing of a Notice of Dismissal of the action within thirty (30) days. So owing, Plaintiff respectfully requests that the Court take all dates off-calendar and retain jurisdiction for the purposes of enforcing the settlement agreement.

                                        Respectfully submitted,

Dated: December 20, 2022        By:  */s/ Kelsey M. Schultz*
                                          Stephen M. Doniger, Esq.
                                          Scott A. Burroughs, Esq.
                                          Kelsey M. Schultz, Esq.
                                          DONIGER / BURROUGHS
                                          Attorneys for Plaintiff