Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ARAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGITALPRINTS USA CORP., *et al.*, <br><br> Defendants. | Case No.: 2:22-cv-01039-GW-JPR <br> <u>Hon. George H. Wu Presiding</u> <br><br> **STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff on the one hand, and Defendants CV Sales, LLC, DigitalPrints USA Corp., Amazon.com, Inc., Overstock.com, Inc., and Walmart, Inc. on the other hand, hereby STIPULATE as follows:

1. The action is hereby dismissed in its entirety with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred in connection with this action.

This stipulation is made pursuant to Fed. R. Civ. P. 41(a)((1)(A)(ii) and, therefore, does not require an Order.

Respectfully submitted,

Dated: March 1, 2023        By: /s/ Kelsey M. Schultz
                                Stephen M. Doniger, Esq.
                                Scott A. Burroughs, Esq.
                                Kelsey M. Schultz, Esq.
                                DONIGER / BURROUGHS
                                Attorneys for Plaintiff

Dated: March 1, 2023        By: /s/ Jaemie L. Paraon
                                Marc J. Shrake, Esq.
                                Jaemie L. Paraon, Esq.
                                Attorneys for Defendant
                                CV Sales, LLC

Dated: March 1, 2023        By: /s/ Moshe D. Lapin
                                Moshe D. Lapin, Esq.
                                Attorneys for Defendants
                                Digitalprints USA Corp.,
                                Amazon.com, Inc., Walmart, Inc.,
                                And Overstock.com, Inc.

This certifies, pursuant to Local Rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.